**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALVIN SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3954** |
| **DIAMOND OFFSHORE COMPANY, ET AL.** | **SECTION "B"(4)** |

**INTERROGATORIES TO THE JURY**

1. Was Plaintiff's employer, Diamond Offshore Management Company, negligent at the time of the accident on March 10, 2007?

   YES ✓ NO______

   (If your answer to Question 1 is "Yes," please proceed to Question 2; if your answer is "No," please proceed to Question 3)

2. Was Diamond Offshore Management Company's negligence, however slight, a cause of Plaintiff's injuries?

   YES ✓ NO______

   (Please proceed to Question 3)

3. Was the Ocean Baroness unseaworthy at the time of the accident on May 10, 2007?

   YES______ NO ✓

   (If your answer to Question 3 is "Yes," please proceed to Question 4; if your answer is "No," please proceed to Question 5)

4. Was the unseaworthiness of the Ocean Baroness a cause of Plaintiff's injuries?

   YES____ NO____

   (Please proceed to Question 5)

5. Was the plaintiff, Alvin Smith, negligent at the time of the accident on March 10, 2007?

YES ✓ NO___

(If your answer to Question 5 is "Yes," please proceed to Question 6; if your answer is "No," please proceed to Question 7)

6. Was Plaintiff's negligence, however slight, a cause of Plaintiff's injuries?

YES ✓ NO___

(Please proceed to Question 7)

7. What percentage, if any, did the fault of each contribute to the cause of Plaintiff's injuries?

a. Alvin Smith 25 %

b. Diamond Offshore Management Company 75 %

c. Ocean Baroness 0 %

**NOTE:** Total must add up to 100%

(Proceed to question 8)

8. Do you find that plaintiff, Alvin Smith, has reached maximum medical improvement?

YES ✓ NO___

(If you answered "Yes" to <u>either</u> Questions 1 and 2 <u>or</u> to Questions 3 and 4, please proceed to Question 9. If you answered "No" to <u>both</u> Questions 1 and 2 and Questions 3 and 4, please skip Question 9, sign and date this form and return it to the courtroom)

9. What amount, if any, do you find will fairly compensate Plaintiff for his injuries?

| | |
|---|---|
| Past, Present and Future Physical Pain and Suffering | $ 200,000.00 |
| Unpaid Medical Expenses | $ 7,000.00 |
| Past, Present and Future Mental Anguish | $ 45,000.00 |
| Past Loss of Wages | $ 99,000.00 |
| Future Loss of Wages | $ 512,000.00 |

| | |
|---|---|
| Past Loss of Earning Capacity | $ 0 |
| Future Loss of Earning Capacity | $ 188,000.00 |
| Disability | $ 100,000.00 |
| Loss of Enjoyment of Life | $ 125,000.00 |
| TOTAL: | $ 1,276,000.00 |

(Please proceed to Question 10)

10. Do you find that defendant, Diamond Offshore Management Company, acted willfully and wantonly with respect to its obligations to pay cure to the plaintiff, Alvin Smith?

YES____ NO ✓

(If your answer to Question 10 is "Yes," please proceed to Question 11; if your answer is "No," please proceed to Question 12)

11. State what amount you award to plaintiff, Alvin Smith, for his claim for punitive damages against Diamond Offshore Management Company for its failure pay cure to Plaintiff.

$ 0

(Proceed to Question 12)

12. Do you find that defendant, Diamond Offshore Company, acted willfully and wantonly with respect to its obligation to provide a seaworthy vessel?

YES____ NO ✓

(If your answer to Question 12 is "No," please sign and date this form and return it to the courtroom; If your answer is "Yes," please proceed to Question 13)

13. State what amount you award to plaintiff, Alvin Smith, for his claim for punitive damages against Diamond Offshore Company for its failure to provide a seaworthy vessel.

$____________

The Foreperson should sign and date this form and hand it to the Marshall.

New Orleans, Louisiana, this 17th day of September, 2009.

[signature]
FOREPERSON